# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No.   **23MJ4512-MSB** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| | ) | |
| Edgar Francisco DOMINGUEZ-Espinoza, | ) | Title 8, U.S.C. § 1324(a)(2)(B)(iii) |
| Jesus Manuel PEREZ-Anaya, | ) | Bringing In Illegal Aliens Without Presentation |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

## Count One

On or about December 13, 2023, within the Southern District of California, defendant, Egar Francisco DOMINGUEZ-Espinoza, knowing or in reckless disregard of the fact that certain an alien, namely, Jose ROCHA-Suarez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count Two

On or about December 13, 2023, within the Southern District of California, defendant Jesus Manuel PEREZ-Anaya, with the intent to violate the immigration laws of the United States, knowingly or in reckless disregard of the fact that a certain alien, namely, Jose ROCHA-Suarez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jesse Bojorquez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1,  ON DECEMBER 14, 2022.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Edgar Francisco DOMINGUEZ-Espinoza,**
**Jesus Manuel PEREZ-Anaya**

## PROBABLE CAUSE STATEMENT

The complainant states that Jose Rocha-suarez, is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 13, 2023, Border Patrol Agent-Intelligence Francisco Hurtado was patrolling an area known to Border Patrol Agents as North Calpine. This area is located two miles east of the Otay Mesa, California Port of Entry and two miles north of the United States/Mexico international boundary.

At approximately 9:15 a.m., he observed a dark colored vehicle traveling eastbound on Calzada De La Fuente towards a dead-end. Agent Hurtado then observed two individuals running out from high brush towards the vehicle. The individuals got into the vehicle and quickly sped away. Agent Hurtado broadcasted his observations over his service radio. Border Patrol air assistance known as "Troy" arrived to assist before the vehicle traveled out of Agent Hurtado's view.Troy maintained visual as the vehicle traveled westbound on state route (SR) 905 until Border Patrol Agent Daniel Correia was able to locate the vehicle. Agent Correia contacted the dispatch and requested records check on the vehicle. As he waited for the record checks he attempted to conduct a vehicle stop by activating lights and siren. The vehicle immediately sped up and failed to yield. The vehicle traveled and an excess of 100 miles per hour and the pursuit was terminated by Supervisory Border Patrol Agent Ishmael Finn.

Troy maintained visual of the target vehicle which came to a stop near Hollister and Honestidad Rd. Troy advised agents, via radio, that two subjects ran north from the vehicle and a third individual climb over fence into a concrete dich south of Tocayo Avenue.

Border Patrol Agents Edward Bugarin, Jack Pferdekamper, Adrian Vega and Efrain Blas responded to the area. Agent Bugarin observed an individual climbing over a fence and run into a drainage ditch. Agent Bugarin and Blas gave pursuit of the subject later identified as defendant Edgar Francisco DOMINGUEZ-Espinoza. After a brief chase they were able to detain DOMINGUEZ. Agent Bugarin identified himself as a Border Patrol Agent and conducted an immigration inspection. DOMINGUEZ stated that he was a citizen of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Agent Bugarin asked DOMINGUEZ if he was the individual driving the vehicle.

**CONTINUATION OF COMPLAINT:**
**Edgar Francisco DOMINGUEZ-Espinoza,**
**Jesus Manuel PEREZ-Anaya**

DOMINGUEZ admitted to driving the vehicle and stated that he ran from agents when they attempted to pull him over. Agent Bugarin then placed DOMINGUEZ under arrest for alien smuggling.

At the same time agents from the Imperial Beach Station, Agent Djokich and Blas encountered another individual believed to have been in the target vehicle. The individual was later identified as Jesus Manuel PEREZ-Anaya. PEREZ appeared to have blood on his hands and was transported to the Chula Vista Station for further medical attention.

At approximately 9:45 a.m., Agent Pferdekamper encountered an individual hiding in brush behind a residence near the target vehicle. The individual was later identified as material witness Jose ROCHA-Suarez. Agent Pferdekamper identified himself conducted an immigration inspection. ROCHA admitted to being a citizen and national of Mexico without any documents that would allow him to enter or remain in the United States legally. Agent Pferdekamper placed ROCHA under arrest and arranged for him to be transported for further processing.

Agent Bugarin approached PEREZ after he was medically cleared by the medical provider. Agent Bugarin identified himself as a Border Patrol Agent and conducted an immigration inspection. PEREZ stated that he was a citizen of Mexico and that he was present in the United States without immigration documents that would allow him to enter or remain in the United States legally. At approximately 10:30 AM, Agent Bugarin placed PEREZ under arrest for being in the United States illegally.

Edgar Francisco DOMINGUEZ-Espinoza was read his Miranda rights and stated that he understood his rights and would answer questions without a lawyer present. DOMINGUEZ stated that he is a citizen of Mexico without any documents allowing him to enter or remain in the United States legally. He stated that he made his last entry on November 30, 2023 and has been staying at local hotels and parks. DOMINGUEZ stated he was approached by an individual and was offered to pay off his smuggling fee by picking up other illegals attempting to cross. DOMINGUEZ agreed and was taken to a Motel 6. He stated that he successfully smuggled for that individual on two separate occasions and was paid $700 USD for each individual. He stated that this was his third attempt and was to take the individual to Fiesta Island. DOMINGUEZ stated that another individual provided him with the exact location where he was going to pick up the individuals for this event.

**CONTINUATION OF COMPLAINT:**
**Edgar Francisco DOMINGUEZ-Espinoza,**
**Jesus Manuel PEREZ-Anaya**

Material witness, Jose ROCHA-Suarez, stated that he is a citizen of Mexico without any documents allowing him to enter or remain in the United States legally. He stated that he made smuggling arrangements prior to crossing and was paying a smuggling fee of $9,000 USD if successfully smuggled into the United States. ROCHA stated that he crossed near an area called Nido del Aguila and utilized a foot guide. ROCHA stated that the footguide guided him overnight to the pick up location and advised him that a brown vehicle was going to pick them up. ROCHA stated that the brown vehicle arrived at approximately 9:00 a.m., and was instructed by the footguide to get into the vehicle. ROCHA stated that the driver of the vehicle drove at a high rate of speed and very erratic. He stated that he feared for his life due to the erratic driving. After a few minutes the driver pulled into a cul-de-sac and told him to get out and run. ROCHA stated that he got out of the vehicle and was arrested a few minutes later. ROCHA was shown two photographic line-ups and identified defendant Jesus Manuel PEREZ-Anaya as the foot guide in this event. He also identified defendant Edgar Francisco DOMINGUEZ-Espinoza as the driver for this event.